UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:13-CR-00113 |
| | ) | |
| v. | ) | |
| | ) | |
| KAREN LIANE MILLER | ) | |

## ORDER

This matter comes before the Court on the United States' Motion to Unseal Indictment. It is hereby ORDERED that:

The Motion is granted and the Indictment is ordered unsealed.

_____
Magistrate Judge E. Clifton Knowles

June ____, 2013